# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Sandra Dennis Floyd,  *Plaintiff* | ) )  |
| v. | ) Civil Action No. 6:18-cv-00529-MGL-KFM |
| Commissioner Social Security Administration,  *Defendant* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date: December 21, 2018               *ROBIN L. BLUME, CLERK OF COURT*

                                          s/Ashley Buckingham, Deputy Clerk
                                          *Signature of Clerk or Deputy Clerk*